[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————————

No. 24-11923

Non-Argument Calendar

————————————————

ROY STEWART MOORE,

Plaintiff-Appellant,

*versus*

TIANA LOWE,
JERRY DUNLEAVY,
TIMOTHY CARNEY,
PHILLIP KLEIN,
BRAD POLUMBO, et al.,

Defendants-Appellees.

————————————————

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 4:20-cv-00124-CLM

_____

Before NEWSOM, BRANCH, and LUCK, Circuit Judges.

PER CURIAM:

The appellees' motion to dismiss this appeal for lack of jurisdiction is GRANTED, appellant's motion to suspend the Federal Rules of Appellate Procedure is DENIED, and this appeal is DISMISSED.  Roy Moore's June 12, 2024 notice of appeal is untimely to appeal from the district court's April 3, 2024 final judgment.  *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010); Fed. R. App. P. 4(a)(1)(A); 28 U.S.C. § 2107(a).  Furthermore, we cannot allow the appeal to proceed under an equitable exception to the timeliness requirement because that requirement is jurisdictional.  *See Green*, 606 F.3d at 1300; *Bowles v. Russell*, 551 U.S. 205, 215 (2007).  Nor can we suspend the appellate deadline in Fed. R. App. P. 4(a)(1)(A) under Fed. R. App. P. 2 because suspension of that Rule is explicitly prohibited.  *See* Fed. R. App. P. 2(a), 26(b).